# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135604

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 135604
      COA: 281369
      Kent CC: 07-000712-FH

ERNEST TYRONE PENIGAR,
      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the November 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

d0421

_____
Clerk